◼ In the Matter of James L. Hubbert (Admitted as James Leon Hubbert), a Suspended Attorney. [782 NYS2d 193]—Respondent disbarred and his name stricken from the roll of attorneys and counselors-at-law in the State of New York, effective immediately. The order of this Court entered on June 10, 2004 (M-

1696) recalled and vacated. No opinion. Concur—Buckley, P.J., Nardelli, Saxe, Sullivan and Williams, JJ.